IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01540-BNB
(**The above civil action number must appear on all future papers
 sent to the court in this action.  Failure to include this number
 may result in a delay in the consideration of your claims.**)

TIMOTHY DOYLE YOUNG,

     Applicant,

v.

BUREAU OF PRISONS,

     Respondent.

---

ORDER CONSTRUING HABEAS ACTION AS A
PRISONER COMPLAINT AND DIRECTING
APPLICANT TO CURE DEFICIENCIES

---

     Plaintiff, Timothy Doyle Young, a federal prisoner currently housed in the State of Colorado, originally filed a civil action in the United States District Court for the Northern District of California. The Northern District of California determined that the action is properly filed in the United States District Court for the District of Colorado and entered an order that transferred the action to this Court.

     The Court has reviewed the documents filed in this action and finds that Mr. Young is asserting civil rights claims rather than habeas corpus claims. Mr. Young raises twelve claims that address the conditions of his confinement. "The essence of habeas corpus is an attack by a person in custody upon the legality of that custody, and . . . the traditional function of the writ is to secure release from illegal custody." *See Preiser v. Rodriguez*, 411 U.S. 475, 484 (1973). Generally, a federal prisoner's

challenge to his conditions of confinement is cognizable under *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971).  *See, e.g., Richards v. Bellmon*, 941 F.2d 1015, 1018 (10th Cir. 1991).  Accordingly, it is

ORDERED that Mr. Young cure the deficiencies designated above by filing a Prisoner Complaint and either by paying the $350.00 filing fee or by filing a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 within thirty days from the date of this Order.  It is

FURTHER ORDERED that Mr. Young shall obtain the court-approved Prisoner Complaint form and the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov.  It is

FURTHER ORDERED that if within the time allowed Mr. Young fails to cure the designated deficiencies the action will be dismissed without prejudice and without further notice.

DATED June 14, 2012 at Denver, Colorado.

BY THE COURT:

 s/Boyd N. Boland
 United States Magistrate Judge